DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER T. DEAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-681

[January 10, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 50-2005-CF-004089-AXXX-MB.

Carey Haughwout, Public Defender, and Paul E. Petillo, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Melanie Dale Surber, Assistant Attorney General, West Palm Beach, for appellee.

**ON REMAND FROM THE SUPREME COURT**

PER CURIAM.

Pursuant to the mandate from the Supreme Court in *Dean v. State*, 2017 WL3774647, No. SC16-1314 (Fla. 2017), we affirm appellant's convictions and remand for resentencing.

GROSS, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*        \*        \*